FERDINAND A. STRAUS, Respondent, *v.* ALBERT BUCHMAN et al., Appellants.

*Straus* v. *Buchman,* 96 App. Div. 270, affirmed.
(Argued February 5, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 30, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Samson Lachman* and *Theodore Baumeister* for appellants.

*Charles Strauss* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.